TIMOTHY A. CANNING  CSB No. 148336
Law Offices of Timothy A. Canning
1125 16th St., Suite 204
PO Box 4201
Arcata, CA 95518

Telephone:  (707) 822-1620
Facsimile: (707) 760-3523
Email: tc@tclaws.com

Attorney for Plaintiff RICHARD SACKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICHARD SACKS, individually and doing business as INVESTORS RECOVERY SERVICE,
            Plaintiff,
vs
DEAN DIETRICH, TERI COSTER BOESCH and DOES 1 through 50, inclusive
            Defendants.

Case No.  C 10-01330 SI

STIPULATION AND ORDER RE: BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS

STIPULATION

　　　　　Plaintiff  and defendants, by and through their undersigned counsel of record, hereby stipulate to continuing the hearing date on defendants' motion to dismiss from May 14, 2010 to **June 18, 2010**.

　　　　　Plaintiff and defendants further stipulate to the following briefing schedule for defendants' motion to dismiss:   Plaintiff's opposition shall be filed and served on **May 12, 2010**, and defendants' reply brief shall be filed and served on **June 4, 2010**.

///

///

1

STIPULATION AND ORDER RE HEARING DATE                                                                           NO. C 10-01330 SI

1  It is so stipulated:

2                                              LAW OFFICES OF TIMOTHY A. CANNING

4  Dated:  April 14, 2010                     By: _____/S/_____.

5                                              Timothy A. Canning
6                                              Attorney for Plaintiff Richard Sacks

8                                              GIBSON, DUNN & CRUTCHER

10 Dated:  April 14, 2010                     By: _____/S/_____.

11                                             Ethan Dettmer
12                                             Attorney for Defendants Dietrich and Boesch

14 IT IS SO ORDERED:

17 Dated: _____.           _____.
18                                             Hon. Susan Illston
                                               Judge, United States District Court