TIMOTHY A. CANNING  CSB No. 148336
Law Offices of Timothy A. Canning
1125 16th St., Suite 204
PO Box 4201
Arcata, CA 95518

Telephone:  (707) 822-1620
Facsimile: (707) 760-3523
Email: tc@tclaws.com

Attorney for Plaintiff RICHARD SACKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD SACKS, individually and doing business as INVESTORS RECOVERY SERVICE,<br><br>              Plaintiff,<br><br>vs<br><br>DEAN DIETRICH, TERI COSTER BOESCH and DOES 1 through 50, inclusive<br><br>              Defendants.<br>_____/ | Case No.  C 10-01330 SI<br><br>STIPULATION AND ORDER RE: BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS<br><br>setting 7/16/10 @ 2:30 - cmc |

STIPULATION

      Plaintiff  and defendants, by and through their undersigned counsel of record, hereby stipulate to continuing the hearing date on defendants' motion to dismiss from May 14, 2010 to **June 18, 2010**.

      Plaintiff and defendants further stipulate to the following briefing schedule for defendants' motion to dismiss:   Plaintiff's opposition shall be filed and served on **May 12, 2010**, and defendants' reply brief shall be filed and served on **June 4, 2010**.

///

///

1

STIPULATION AND ORDER RE HEARING DATE                                                           NO. C 10-01330 SI

1   It is so stipulated:

2                                           LAW OFFICES OF TIMOTHY A. CANNING

4   Dated:  April 14, 2010                  By:_____/S/_____.

5                                               Timothy A. Canning
6                                               Attorney for Plaintiff Richard Sacks

8                                           GIBSON, DUNN & CRUTCHER

10  Dated:  April 14, 2010                  By:_____/S/_____.

11                                              Ethan Dettmer
12                                              Attorney for Defendants Dietrich and Boesch

14  IT IS SO ORDERED:

17  Dated: _____.                  _____.
18                                              Hon. Susan Illston
                                                Judge, United States District Court

20  The initial case management conference has been scheduled to occur on Friday, july 16, 2010, at 2:30 p.m.