IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SACKS, | No. C 10-01330 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEAN DIETRICH and TERI COSTER BOESCH. | |
| Defendants. | |

Defendants' motion to dismiss the complaint was granted without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 18, 2010

SUSAN ILLSTON
United States District Judge