UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 28 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD SACKS, DBA Investors Recovery Services,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>DEAN DIETRICH and TERRI COSTER BOESCH,<br><br>        Defendants - Appellees. | No. 10-16524<br><br>D.C. No. 3:10-cv-01330-SI<br>Northern District of California, San Francisco<br><br>ORDER |

Before: WALLACE and THOMAS, Circuit Judges, and GEORGE, Senior District Judge.[*]

The panel has voted to deny Sacks's petition for rehearing. Judge Thomas voted to reject the petition for rehearing en banc and Judges Wallace and George so recommend.

The full court has been advised of Sacks's petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc. Fed. R. App. P. 35(b).

The petition for rehearing is denied and the petition for rehearing en banc is rejected.

---

      [*] The Honorable Lloyd D. George, Senior District Judge for the U.S. District Court for Nevada, sitting by designation.